# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2006

131072 & (20)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LEE TOOSON,
        Plaintiff-Appellee,

v

                                SC: 131072
                                COA: 265570
AMERITECH CORPORATION, INC.,       Washtenaw CC: 04-000622-NI
        Defendant-Appellant.

_____/

       On order of the Court, the motion to file brief amicus curiae is GRANTED. The application for leave to appeal the March 20, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2006

s0913

_____
                     Clerk